Karen L. Jacobsen    (CSB #125684)
Brian P. Dolin       (CSB #182971)
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.:   (916) 971-4100
Fax:    (916) 971-4150
E-Mail:    kjacobsen@jacobsenmcelroy.com
           bdolin@jacobsenmcelroy.com

Attorneys for Defendant
SAFEWAY INC. (erroneously sued herein as SAFEWAY INC., dba SAFEWAY)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH LEON and SUSAN LEON, | Case No.: |
| Plaintiffs, | *ACTION FILED: 05/09/18* |
| vs. | |
| SAFEWAY INC., dba Safeway; and DOES 1-25, inclusive, | **SAFEWAY INC.'S NOTICE OF REMOVAL** |
| Defendants. | |

     Pursuant to 28 U.S.C. §§ 1332, 1367, 1441, and 1446, Defendant SAFEWAY INC. (erroneously sued herein as SAFEWAY INC., dba SAFEWAY) (hereafter "Safeway") hereby removes the subject action from the Superior Court of California, County of San Joaquin, to the United States District Court for the Eastern District of California, on the following grounds:

     1.    On May 9, 2018, Plaintiffs Rudolph Leon and Susan Leon ("Plaintiffs") commenced a civil action against Safeway by filing a Complaint in the Superior Court of California, County of San Joaquin.

     2.    On May 11, 2018, Safeway was first served a copy of the Summons, Civil Case Cover Sheet, Complaint, Notice of Case Assignment and Hearing, Statement of Damages – Rudolf Leon, and

Statement of Damages – Susan Leon. Copies of the foregoing are attached hereto as **Exhibits A through F** and incorporated herein by reference. No other process, pleadings or orders have been served on Safeway or are known to exist.

3. Plaintiffs claim that Plaintiff Rudolf Leon was on a property owned by Safeway at 6445 Pacific Avenue in Stockton, California on May 24, 2016 when he slipped on a clear liquid, fell and suffered injuries. Plaintiffs claim the incident was due to the negligence of Safeway and other unnamed defendants and that this negligence has caused damages to Plaintiffs. Plaintiff Susan Leon claims damages based upon a loss of consortium. See Complaint - First, Second and Third Causes of Action, attached hereto as **Exhibit C**.

4. Safeway is the only named defendant in Plaintiffs' Complaint.

5. Safeway is a corporation that is and at all relevant times was incorporated in the state of Delaware. See Statement of Information filed with the California Secretary of State on December 23, 2016 and Business Search-Entity Detail from the California Secretary of State website https://businesssearch.sos.ca.gov/CBS/Detail attached hereto as **Exhibit G** and incorporated herein by reference. Safeway's principal place of business is at 250 Parkcenter Blvd. Boise, Idaho, 83706.

6. Plaintiffs are residents of California and reside at 1067 Oakhurst Way, Stockton, California.

7. Plaintiff Rudolf Leon served a Statement of Damages on Safeway on May 11, 2018, which contended he was seeking damages in excess of $300,000. See **Exhibit E**.

8. Plaintiff Susan Leon served a Statement of Damages on Safeway on May 11, 2018, which contended she was seeking damages in excess of $100,000. See **Exhibit F**.

9. This action is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § §1332 and 1367 as there is a diversity of citizenship and the amount in controversy exceeds $75,000.

10. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Superior Court of California, County of San Joaquin, to the United States District Court for the Eastern District of California.

11. Notice of this removal will promptly be filed with the Superior Court of California,

1 | County of San Joaquin, and served upon all parties.

2 |     WHEREFORE, Defendant SAFEWAY INC., by counsel, removes the subject action from the
3 | Superior Court of California, County of San Joaquin, to the United States District Court for the Eastern
4 | District of California.

DATED: June 11, 2018

**JACOBSEN & McELROY PC**

By: _____
Karen L. Jacobsen, Esq. (CSB #125684))
Brian P. Dolin, Esq. (CSB #182971)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Tel.: 916-971-4100
Fax: 916-971-4150
E-Mail: kjacobsen@jacobsenmcelroy.com
          bdolin@jacobsenmcelroy.com
Attorneys for Defendant
SAFEWAY INC. (erroneously sued herein as SAFEWAY INC., dba SAFEWAY)

## CERTIFICATE OF SERVICE

I, Rachel J. Peterson, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled case. My business address is 2401 American River Drive, Suite 100, Sacramento, California 95825.

On June 11, 2018, I served the following document(s) on the parties in the within action:

**SAFEWAY INC.'S NOTICE OF REMOVAL**

**BY ELECTRONIC SERVICE:** I am familiar with the business practice for electronic service. The above-described document(s) was/were served electronically and the transmission was reported as complete and without error to the parties listed on the service list as follows:

**Plaintiffs**
John Carty
Carty Law Offices
4537 Quail Lakes Dr.
Stockton, CA 95207
Tel: (209) 477-0711
Fax: (209) 477-0714

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on June 11, 2018.

RACHEL J. PETERSON